UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46373
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for National Auto Sales

In Re:

PATRICIA A. CLEMMONS



Order Filed on July 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-16671

Judge: (ABA)

# ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTOR'S CHAPTER 13 PLAN AND ADEQUATE PROTECTION PAYMENTS

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: July 11, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Patricia A. Clemmons
Case No: 18-16671
Caption of Order: Order for secured amount to be paid through Debtor's chapter 13 plan and adequate protection payments

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for National Auto Sales ("National Auto"), with the appearance of Moshe Rothenberg, Esquire on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That National Auto Sales ("National Auto") is the holder of a first purchase money security interest encumbering a 2010 Chevrolet Malibu bearing vehicle identification number 1G1ZC5EB5AF217752.**

2. **That the secured amount that National Auto shall be paid through the Debtor's plan shall be $11,385.17. This amount is reached using the agreed value of the vehicle of $9,815.07 (the net loan balance), amortized at 6.0% over 60 months.**

3. **That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to National Auto in the amount of $181.50 through June 2018 and thereafter, each month, commencing July 2018, make monthly adequate protection payments to National Auto in the amount of $90.75. Adequate protection payments to National Auto shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to National Auto. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to National Auto until the remaining counsel fees have been paid. The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by National Auto through the plan.**