Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−16671−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Patricia A Clemmons
 106 West Oxford Street
 Vineland, NJ 08360

Social Security No.:
 xxx−xx−9544

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 14, 2018.

On 10/24/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:    November 28, 2018
Time:    10:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 25, 2018
JAN: lgr

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 18-16671-ABA
Patricia A Clemmons                                                 Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 1                  Date Rcvd: Oct 25, 2018
                              Form ID: 185                Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db             +Patricia A Clemmons,    106 West Oxford Street,    Vineland, NJ 08360-2723
cr             +National Auto Sales,    123 South Delsea Drive,    Glassboro, NJ 08028-2604
517435060       Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
517435061       IC Systems,   PO Box 64378,    Saint Paul, MN  55164-0378
517542845      +MidFirst Bank,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517586472      +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517435062       Midfirst Mortgage,    999 NW Grand Blvd,   Oklahoma City, OK  73118-6051
517435063       National AUto Sales,    123 Delsea Dr S,    Glassboro, NJ  08028-2604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 23:08:46      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 23:08:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517435059       E-mail/Text: bankruptcy@pepcoholdings.com Oct 25 2018 23:08:09
                 Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ  08069-3600
517574988      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2018 23:13:10      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517587935       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2018 23:12:32      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517435065       E-mail/Text: appebnmailbox@sprint.com Oct 25 2018 23:08:38      Sprint Corporation,
                 Bankruptcy Department,    PO Box 3326,   Englewood, CO  80155-3326
517435064       E-mail/Text: bankruptcy@sw-credit.com Oct 25 2018 23:08:48      Southwest Credit Systems,
                 4120 International Pkwy Ste 1100,    Carrollton, TX  75007-1958
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Moshe Rothenberg    on behalf of Debtor Patricia A Clemmons moshe@mosherothenberg.com,
           alyson@mosherothenberg.com;ajohn880@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigecf@gmail.com,
           mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```