|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s)<br><br>In Re:<br><br>   Patricia A. Clemmons | **Order Filed on July 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:    18-16671<br><br>Chapter:    13<br><br>Hearing Date: N/A<br><br>Judge:    Andrew B. Altenburg |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 26, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Patricia A. Clemmons
Case No.: 18-16671/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-16671-ABA
Patricia A Clemmons                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jul 26, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.
db              +Patricia A Clemmons,    106 West Oxford Street,    Vineland, NJ 08360-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Moshe Rothenberg    on behalf of Debtor Patricia A Clemmons moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                               TOTAL: 8