Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

          Case No.: 18−16671−ABA  
          Chapter: 13  
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Patricia A Clemmons  
   106 West Oxford Street  
   Vineland, NJ 08360

Social Security No.:  
   xxx−xx−9544

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 28, 2018.

On May 18, 2020, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:          June 24, 2020  
Time:         10:00 AM  
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 19, 2020  
JAN: jpl

                                              Jeanne Naughton  
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia A Clemmons  
    Debtor

Case No. 18-16671-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: May 19, 2020  
                       Form ID: 185     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.

```
db              #+Patricia A Clemmons,    106 West Oxford Street,    Vineland, NJ 08360-2723
517435060        Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517435061        IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
517542845       +MidFirst Bank,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517586472       +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517435062        Midfirst Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK  73118-6051
518732363        South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 19 2020 23:00:25     U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2020 23:00:24     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
cr               E-mail/Text: nasales2@comcast.net May 19 2020 22:59:51     National Auto Sales,
                   123 South Delsea Drive,   Glassboro, NJ  08028
517435059        E-mail/Text: bankruptcy@pepcoholdings.com May 19 2020 23:00:09
                   Atlantic City Electric Company,    Mail Stop 84CP42,   5 Collins Dr Ste 2133,
                   Carneys Point, NJ  08069-3600
517574988       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2020 23:05:51     Directv, LLC,
                   by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517587935        E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 23:05:04     LVNV Funding, LLC,
                   c/o Resurgent Capital Services,   PO BOX 10675,   Greenville, SC 29603-0675
517435063        E-mail/Text: nasales2@comcast.net May 19 2020 22:59:51     National AUto Sales,
                   123 Delsea Dr S,   Glassboro, NJ  08028-2604
517435065        E-mail/Text: appebnmailbox@sprint.com May 19 2020 23:00:22     Sprint Corporation,
                   Bankruptcy Department,   PO Box 3326,   Englewood, CO  80155-3326
517435064        E-mail/Text: bankruptcy@sw-credit.com May 19 2020 23:00:27     Southwest Credit Systems,
                   4120 International Pkwy Ste 1100,   Carrollton, TX  75007-1958
                                                                                             TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Moshe Rothenberg    on behalf of Debtor Patricia A Clemmons moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: May 19, 2020
                              Form ID: 185               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigecf@gmail.com, mortoncraigecf@gmail.com

                                                                                                        TOTAL: 8