| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on August 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   Patricia A. Clemmons | Case No.:　　18-16671<br><br>Chapter:　　13<br><br>Hearing Date: N/A<br><br>Judge:　　Andrew B. Altenburg |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 3, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Patricia A. Clemmons
Case No.: 18-16671/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.