**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, New Jersey 08360
P: (856) 236-4374
F: (856) 405-6769
Attorney for Debtor(s)

Order Filed on October 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patricia A. Clemmons

| | |
|---|---|
| Case No.: | 18-16671 |
| Hearing Date: | |
| Judge: | Andrew B. Altenburg |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Patricia A. Clemmons_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*

2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-16671-ABA

Patricia A. Clemmons  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Oct 12, 2023 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Clemmons, 802 East Vine Street, Apt. B, Millville, NJ 08332-3168 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor National Auto Sales ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Debtor Patricia A. Clemmons moshe@mosherothenberg.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 12, 2023 | Form ID: pdf903 | Total Noticed: 1

alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor National Auto Sales ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8